1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA ELIZABETH OVANDO, | Case No.  1:21-cv-00030-SAB |
| Plaintiff, | ORDER ADVISING PARTIES OF LIFTING OF STAY OF ACTION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On January 8, 2021, Elena Elizabeth Ovando ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying their application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)  On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020, until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.  E.D. Cal. G.O. No. 615.  Following service of the complaint on the Commissioner, on February 9, 2021, the Court issued an order notifying the parties that pursuant to General Order Number 615, this action was stayed, and that the stay would be automatically lifted when the Commissioner files the certified copy of the administrative record.  (ECF No. 10.)  On September 28, 2021, the

Commissioner filed a certified copy of the administrative record.  (ECF No. 14.)

Accordingly, the parties are HEREBY NOTIFIED that the stay of this matter has been lifted with the filing of the Administrative Record.  Further, IT IS HEREBY ORDERED that the parties shall proceed according to the scheduling guidelines contained within the scheduling order issued on February 2, 2021.  (ECF No. 7.)

IT IS SO ORDERED.

Dated:   **September 29, 2021**

UNITED STATES MAGISTRATE JUDGE